**Order entered May 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01146-CR

**JOSEPH WAYNE HUNTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-56295-R**

## ORDER

The Court **REINSTATES** the appeal.

On May 19, 2015, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On May 27, 2015, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the May 19, 2015 order requiring findings.

We **GRANT** the May 27, 2015 extension motion and **ORDER** appellant's brief filed as of the date of this order.

We **ORDER** Mary Snider, former official court reporter of the 265th Judicial District Court, to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit no. 14.

We **DIRECT** the Clerk to send copies of this order to Mary Snider, official court reporter 283rd Judicial District Court, and to counsel for all parties.

/s/    ADA BROWN
        JUSTICE